

June 9, 2022

Dear Judge Friedrich:

My name is Margaret A. Young.   I am Nico A. Griffin's paternal grandmother and have know Nico since his birth.   Nico has always respected me in speech and action.   He is a caring, loving father and his two daughters love him back.   Nico is soft spoken, amusing, and pleasant to be around.

Nico has displayed this attitude since childhood with his siblings and other family members.   I often took Nico and his siblings (also my son's children by the same mother) on weekend outings.   In the summer my second husband who died on May 18, 2020 and I took Nico and his siblings on vacations and family reunions in various states.   I loved being with them because they throughly enjoyed each other.   Their laughter is still contagious.   Before his incarceration Nico was always available every time I needed him.   My husband had COPD (Chronic Obstrutive Pulmonary Disease) since 2006, which limited him.

Nico put my grocies from Costco in the refrigerator and freezer after unloading my car.   He also helped me in the house---clearing out the cluttered kitchen cabinets, clearing out the garage, rearranging the living room furniture.   Also putting down grass seeds and shovelling snow.   Nico never failed to remind me to call him whenever I needed help.

I retired from the Federal Government after 35 years and 11 months service on December 2, 2002.   I was 57 years old.   My last employer was NIH Office of Technology Transfer-National Institutes of Health (NIH) as a paralegal specialist.

I have been a Jehovah witness since July 17, 1995.   Since retirement I stay busy spending more time in the ministry.   Since Nico has been incarcerated, I send him Bible based literature---Watchtower and Awake magazines, and brochures---with my letters to give him the encouragement he needs.   I love my grandson and hope he will come to know and serve the true God Jehovah who knows and wants the best for him.

Sincerely,

*Margaret Young*

Margaret A. Young
(202/563-0111 or 202/875-2651)
griffinyoungm@aol.com