
DEFENDANT'S EXHIBIT B

**Shane Brown**
LONG AND FOSTER REALTORS
10901 Indian Head Highway
Fort Washington Md 20744
Cell: (240) 354-8964
Office: (301)292-0700
Fax: (301) 292-3626
E-mail shane.brown@lnf.com

**From:** SHANE BROWN <SHANE.BROWN@Longandfoster.com>
**Sent:** Monday, June 13, 2022 6:20 AM
**To:** cufleckingr@aol.com <cufleckingr@aol.com>
**Cc:** SHANE BROWN <SHANE.BROWN@Longandfoster.com>
**Subject:** NICO GRIFFN RECOMENDATION LETTER

YOUR HONOR,

    I AM WRITTING THIS LETTER TO TELL YOU ABOUT MY COUSIN NICO GRIFFIN. I LOVE MY COUSIN.  HE IS A QUIET , INTROVERTED AND NICE GUY. HE LOVES HIS GIRL FRIEND AND THE MOTHER OF HIS CHILD DOMINIQUE. HE LOVES IS DAUGHTER. THEY LOVE HIM AND MISS HIM GREATLY. THEIR EYES LIGHT UP WHEN THEY GET A CALL FROM HIM.

    NICO COMES FROM A GOOD FAMILY. MANY OF HIS FAMILY MEMBERS HAVE RETIRED FROM AND CONTINUE TO WORK FOR THE FEDERAL GOVERNMENT. MEMBERS OF HIS FAMILY HAVE BEEN EMPLOYED WITH THE UNITED STATES DEPARTMENT OF EDUCATION, THE UNITED STATES OFFICE OF PERSONNEL, THE FEDERAL BUREAU OF INVESTIGATION, THE UNITED STATES POSTAL SERVICE AND
THE UNITED STATES GOVERNMENT PRINTING OFFICE. TWO UNCLES SERVED IN THE UNITED STATES
ARMY.

    WE LOVE NICO. WE WILL HELP HIM WHEN HE COMES HOME. THERE ARE TRADE PROGRAMS FOR PLUMBERS, ELECTRICIANS AND HVAC THAT WE WILL HELP HIM APPLY FOR.  WE MAY INVEST IN EQUIPMENT TO GET HIM ESTABLISHED IN HIS OWN LANDSCAPING BUSINESS. I HAVE WORKED FOR
THE US POSTAL SERVICE SINCE JANUARY 4, 1986. I WILL TRY TO GET NICO INTO THE POSTAL SERVICE.

    PLEASE ALLOW NICO TO COME HOME. NICO IS GOOD YOUNG MAN. HIS DAUGHTER NEEDS HIM. DOMINIQUE NEEDS HIM. HIS FAMILY NEEDS HIM.

**Shane Brown**
LONG AND FOSTER REALTORS
10901 Indian Head Highway
Fort Washington Md 20744
Cell: (240) 354-8964
Office: (301)292-0700
Fax: (301) 292-3626
E-mail shane.brown@lnf.com

ALERT! **Long & Foster Real Estate will never send you wiring information via email** or request that you send us personal financial information by email. If you receive an email message like this concerning any transaction involving Long & Foster Real Estate, **do not respond** **to the email and immediately contact your agent via phone.**

The contents of this e-mail message may be privileged and/or confidential. If you are not the intended recipient, any review, dissemination, copying, distribution or other use of the contents of this message or any attachment by you is strictly prohibited. If you receive this communication in error, please notify us immediately by return e-mail, and please delete this message and all attachments from your system.

**Warning:** If you receive an email from anyone concerning a transaction involving Long & Foster Companies ("Long & Foster") which requests that you wire funds or that you provide nonpublic personal information by unsecured return email, do not respond to the message. To protect yourself, immediately call your real estate agent or other contact at Long & Foster.