

**From:** tinka.lucky09@gmail.com,
**To:** cufleckinger@aol.com,
**Subject:** I miss my daddy Nico Griffin
**Date:** Wed, Jun 22, 2022 2:02 pm

Good day Sir

My name is Nakyiah Courtney ,

I am the daughter of Nico Griffin , I miss my father and my little sister ( Ny Ny ) . I wish that my Dad was home with me and my mommy . We miss him and need him . My mommy cries alot because she miss my little sister and my Daddy . I just want him to come home with us . I love and miss him so much , We need him home with us . My daddy been locked up since my sister died . We haven't been able to see him yet . He couldn't even be there with us at my sister funeral he couldn't say goodbye to her . I just Pray that he can home so we can all go visit my sister at her gravesite as a family and be a family at home.

                     Thank you Judge
                     With love KY KY