

**DEFENDANT'S EXHIBIT D**



RECOVERY . HEALING . RESTORATION

To Whom It May Concern,

_Nico Griffin_, has been actively enrolled in the Hope Foundation's Re-Entry Network (HFRN) program, while being housed at the DC Department of Corrections. HFRN's mission is to provide hands-on restorative, transitional and rehabilitative services to returning citizens, through evidence curriculum in the following:

- ✓ Effective Parenting
- ✓ Conflict Resolution
- ✓ Recovery Support
- ✓ Substance Abuse Education Workshops
- ✓ Anger Management
- ✓ Workforce Development
- ✓ Transition and Mentoring

_Mr. Griffin_, has participated in a minimum of 80% of the facilitated groups and is eligible for the Fresh Start Program with Hope Foundation Re-Entry Network upon release. The Fresh Start program will provide on-going case management support, decrease the risk of recidivism and promote successful reintegration.

Please contact Corwin Knight should you require any further information.

Respectfully,

Corwin Knight, Founder/CEO
Hope Foundation Re-Entry Network
www.hopereentrynetwork.org

P.O. Nox 31304, Washington, DC 20032
Corwin Knight (202) 437-3360; Terrance Davis (301) 337-5836