

**DEFENDANT'S EXHIBIT E**

**>CareerSafe®** presents

*Certificate of Completion*

to

*Nico Griffin*

has completed the OSHA 10-Hour General Industry (Culinary) Course. All requirements have been satisfactorily met.

Trainer: _Ricardo Baeza_    Date: _March 21, 2022_

As an OSHA authorized trainer, I verify that I have conducted this OSHA outreach training class in accordance with OSHA Outreach Training Program requirements. I will document this class to my authorizing OSHA training organization. Upon successful review of my documentation, I will provide each student his or her completion card within 90 days of the end of class.

www.careersafeonline.com