June 6, 2022

To: The Honorable Judge Dabney L. Friedrich
United States Federal District Court
333 Constitution Ave NW
Washington, DC 20001

From: Denise C. Garris
3404 Summit Court NE
Washington, DC 20018

Greetings, my name is Denise C. Garris I am the second cousin to Nico Griffin federal registration number: 2021-06396. I have known Mr. Griffin since birth. I have supported his parents and siblings throughout their childhood, including Mr. Griffin. He has always been a family man and has never missed a family reunion or event. Mr. Griffin parents are both heroin addicts. Today his father is still present and connected in his kids' life but he is still struggling with his addiction. On March 8, 2015, his mother overdosed on heroin in a community park just feet from where his daughter was murdered. Before this time his oldest brother died from an infection from a previous gun shoot wound years before. His brother was hit by a stray bullet in a crowd. Mr. Griffin entire life has been filled with trauma but he has remained free from felonies and violent charges.

I was troubled and surprised at the death of his 6 year old daughter, Niyah Courtney and his recent incarceration. On occasions would see him walking his daughters to school and accompanying them to social events. At this time he is grieving for his daughter and concerned about the mother of his children because she herself was a victim in the shooting with their daughter. At this time she is still in recovery and attempting to move out the crime ridden area with their oldest daughter.

His immediate family has moved in a safer environment in DC. He is currently enrolled in the GED program at the DC Jail, Re-entry Program and Transitional Awareness Program. Upon his release he will be applying at Giant Food Warehouse in Jessup, Maryland and the Leaf Program in PG County.

Mr. Griffin has already taken accountability for his actions. I believe that losing one of his daughters and being incarcerated for this short time will make him emerge to be a better person in any community moving forward. He has a wealth of family willing and ready to support him in any and all efforts.

It is my sincere hope the Court take this letter into consideration to release Mr. Griffin. Despite the current case, I still believe Nico Griffin to be an honorable individual, a great family member and a good human being.

Sincerely,

*Denise C. Garris*

Denise C. Garris