**From:** dlaale16@gmail.com,
**To:** cufleckinger@aol.com,
**Subject:** Character Reference for Nico Griffin
**Date:** Tue, Jun 28, 2022 7:03 pm

---

My name is Mrs Diane Aleem and I am the great paternal aunt of Nico Griffin. I have known Nico since birth.

We are and have always been a very close-knit family of (great) grandparents, (great) aunts, (great) uncles, cousins, nieces and nephews. It has been a long-established tradition for Nico to attend and support family gatherings of backyard bbqs (of which I have hosted many), picnics, beach trips, and annual out-of-town family reunions. Nico has always been a welcome joy to see and talk with at these gatherings.

Nico has always been a respectful, quiet, pleasant yet engaging great nephew with me, his siblings and other family members. He has willingly responded to requests to wash windows at my various homes. I have always admired his willingness to help his great grandmother, Mrs Margaret Young, my sister with any and all day-to-day tasks asked of him.

I love and will continue to support my great nephew Nico in anyway I can. Thank you.

Sincerely,
Mrs Diane T. Aleem
1906 Deerfield Court
Oxon Hill, MD 20745
301-630-0256 (h)